STEVEN T. GUBNER – SBN 156593
LESLEY B. DAVIS – SBN 188731
**EZRA BRUTZKUS GUBNER LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, California  91367
Telephone: 818-827-9000
Facsimile:  818-827-9099
Email: sgubner@ebg-law.com
        ldavis@ebg-law.com

**JS-6**

Attorneys for Plaintiff
KAWASAKI MOTORS FINANCE CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br>        vs.<br><br>JAMES DAVID LEMLEY, an individual, doing business as Southwest Kawasaki;  JANA MAE LEMLEY, an individual, doing business as Southwest Kawasaki,<br><br>                    Defendants. | CASE NO. SACV08-428AHS (MLGx)<br><br>**ORDER RE DISMISSAL** |

Pursuant to the Notice of Dismissal, IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice, all parties to bear their own fees and costs.  IT IS FURTHER ORDERED that the Court's January 20, 2009 Order to Show Cause Re Dismissal is vacated.

DATED: January 28, 2009            **ALICEMARIE H. STOTLER**
                                                          ALICEMARIE H. STOTLER
                                                          United States District Judge